# United States Bankruptcy Court
# Central District of California

IN RE:                                                         Case No. **8:15-bk-10347**

**Real Estate Development, LLC**                      Chapter **7**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 865,000.00 | | |
| B - Personal Property | Yes | 3 | $ 124,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 239,108.76 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 3,314.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 524,616.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 16 | $ 989,000.00 | $ 767,038.78 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Real Estate Development, LLC**            Case No. **8:15-bk-10347**
                                      Debtor(s)                                                 (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---:|---:|
| **33935 Sky Blue Water Trail, Cathedral City, CA** | Owner | | 280,000.00 | 117,000.00 |
| **4506 Alpine Place, Las Vegas, NV 89107** | Owner | | 140,000.00 | 2,108.76 |
| **5472 Alexander Ave., Las Vegas, NV 89130** | Owner | | 280,000.00 | 60,000.00 |
| **5752 Sandtrap Court, Las Vegas, NV 89142** | Owner | | 165,000.00 | 60,000.00 |
| | | TOTAL | 865,000.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Real Estate Development, LLC**                                              Case No. **8:15-bk-10347**
                          Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

Case 8:15-bk-10347-SC    Doc 16    Filed 02/09/15    Entered 02/09/15 14:16:37    Desc
Main Document    Page 4 of 17

IN RE **Real Estate Development, LLC**
_____
Debtor(s)

Case No. **8:15-bk-10347**
_____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Rent owed on 33935 Sky Blue Water Trail** | | **16,000.00** |
| | | **Rent owed on 3689 RUTH DR LAS VEGAS NV 89121** | | **unknown** |
| | | **Rent owed on 4238 PARAMOUNT LAS VEGAS, NEVADA** | | **unknown** |
| | | **Rent owed on 4506 Alpine place** | | **28,000.00** |
| | | **Rent owed on 5752 Sandtrap Court** | | **15,000.00** |
| | | **Rent owed on 6610 San Juan Road** | | **35,000.00** |
| | | **Rent owed on 732 HUBBARD ST LAS VEGAS NV 89110** | | **unknown** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Real Estate Development, LLC** _____  Case No. **8:15-bk-10347**
                             Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Claim for an overbid from Trustee Ticor Title company for sale of two properties;** | | 30,000.00 |
| | | | **TOTAL** | **124,000.00** |

_____**0**_____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Real Estate Development, LLC**                                         Case No. **8:15-bk-10347**
　　　　　　　　　　Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

*  *Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

IN RE **Real Estate Development, LLC**
_____
Debtor(s)

Case No. **8:15-bk-10347**
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Edman & Associates LLC**<br>**8635 E. Florence Ave #105**<br>**Downey, CA 90240** | | | **Lien on 5752 Sandtrap CT, Las Vegas, NV 89142, 1st Position**<br><br>VALUE $ **165,000.00** | | | | **60,000.00** | |
| ACCOUNT NO.<br>**Republic Services**<br>**770 E. Sahara Ave**<br>**Las Vegas, NV 89104-2943** | | | **Lien on 4506 Alpine place, 12/13**<br><br>VALUE $ **140,000.00** | | | | **2,108.76** | |
| ACCOUNT NO.<br>**Robert Haenel**<br>**First Commercial LLC**<br>**8276 Coldwater Canyon Court**<br>**Las Vegas, NV 89123** | | | **Lien on 5472 Alexander Ave., 1st position**<br><br>VALUE $ **280,000.00** | | | | **60,000.00** | |
| ACCOUNT NO.<br>**SBS Trust Deed Network**<br>**31194 La Baya Dr #106**<br>**Westlake Village, CA 91632** | | | **Lien on 33935 Sky Blue Water Trail. 1st position**<br><br>VALUE $ **280,000.00** | | | | **117,000.00** | |

_____**0**_____ continuation sheets attached

Subtotal (Total of this page) $ **239,108.76** $

Total (Use only on last page) $ **239,108.76** $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Real Estate Development, LLC** _____    Case No. **8:15-bk-10347**
                                            Debtor(s)                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____**1**____ continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Real Estate Development, LLC**
_____
Debtor(s)

Case No. **8:15-bk-10347**
_____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Clark County Treasurer**<br>**Deparment Of Finance**<br>**P.O. Box 748022**<br>**Los Angeles, CA 90074** | | | **10/2013, Sewer Fees** | | | | 64.23 | 64.23 | |
| ACCOUNT NO.<br>**Clark County Treasurer**<br>**500 S Grand Central Parkway**<br>**Las Vegas, NV 89155** | | | **5752 Sandtrap Crt, property taxes, 1/2014** | | | | 1,568.64 | 1,568.64 | |
| ACCOUNT NO.<br>**Clark County Treasurer**<br>**500 S Grand Central Parkway**<br>**Las Vegas, NV 89155** | | | **Property Taxes, 10/2013, 4328 Paramount St** | | | | 1,011.94 | 1,011.94 | |
| ACCOUNT NO.<br>**Clark County Water Reclamation District**<br>**PO Box 98526**<br>**Las Vegas, NV** | | | **1/2014** | | | | 237.09 | 237.09 | |
| ACCOUNT NO.<br>**Clark County Water Reclamation District**<br>**PO Box 89193-8526**<br>**Las Vegas, NV 98526** | | | **1339 Lucky St Sewer Service Bill, 1/2014** | | | | 194.40 | 194.40 | |
| ACCOUNT NO.<br>**Clark County Water Reclamation District**<br>**PO Box 98526**<br>**Las Vegas, NV 89193-8526** | | | **1/13, Sewer Service Bill, 5752 Sandtrap Ct** | | | | 237.72 | 237.72 | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **3,314.02** $ **3,314.02** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **3,314.02**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **3,314.02** $

IN RE **Real Estate Development, LLC**                                    Case No. **8:15-bk-10347**
          Debtor(s)                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A&G Investments Group LLC** **3045 S. Archibald Ave Ste H #326** **Ontario, CA  91761** | | | **Business Loan** | | | | **70,000.00** |
| ACCOUNT NO. **Alfredo Alcazar** **Att: Jon Carlston** **1333 North Buffalo Drive Suite 210** **Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO. **Amparo Carlos Garcia Juan** **Att: Jon Carlston** **1333 North Buffalo Drive Suite 210** **Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO. **Antonio Nungaray** **Att: Jon Carlston** **1333 North Buffalo Drive Suite 210** **Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |

_____**5**_____ continuation sheets attached

Subtotal (Total of this page) $ **70,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE Real Estate Development, LLC** _____,    Case No. **8:15-bk-10347**_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bernardino Godinez** <br> **Att: Jon Carlston** <br> **1333 North Buffalo Drive Suite 210** <br> **Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO. <br> **Bulmaro Godinez** <br> **Att: Jon Carlston** <br> **1333 North Buffalo Drive Suite 210** <br> **Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO. <br> **Cambridge Group LLC** <br> **3115 Foothill Blvd Suite M233** <br> **La Crescenta, CA  91214** | | | **Business Loan** | | | | **unknown** |
| ACCOUNT NO. <br> **Cox Cable** <br> **1700 Vegas Dr** <br> **Las Vegas, NV  89106** | | | **Cable Bill** | | | | **unknown** |
| ACCOUNT NO. <br> **Edward Murphy** <br> **Att: Jon Carlston** <br> **1333 North Buffalo Drive Suite 210** <br> **Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO. <br> **Emelda Saucedo Miguel Cabrera** <br> **Att: Jon Carlston** <br> **1333 North Buffalo Drive Suite 210** <br> **Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO. <br> **Emilio Uribe** <br> **ATT: JON CARLSTON** <br> **2905 HOLMES ST.** <br> **LAS VEGAS, NV  89030** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |

Sheet no. ___**1**___ of ___**5**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 8:15-bk-10347-SC    Doc 16    Filed 02/09/15    Entered 02/09/15 14:16:37    Desc
Main Document    Page 12 of 17

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Real Estate Development, LLC** _____,    Case No. **8:15-bk-10347** _____
         Debtor(s)                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Francisco Ramirez**<br>**Att: Jon Carlston**<br>**1333 North Buffalo Drive Suite 210**<br>**Las Vegas, NV 89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**Freddy Gutierrez Maria Gallaga**<br>**4545 Penwood Ave Apt 295**<br>**Las Vegas, NV 89102** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**Gilma Serpas**<br>**ATT: JON CARLSTON**<br>**2613 AMARILLO ST.**<br>**LAS VEGAS, NV 89102** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**Gloria Flores**<br>**317 REDONDO STREET**<br>**HENDERSON, NV 89104** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**Hortencia Sandova / Alonzo**<br>**ATT: JON CARLSTON**<br>**633 N. 23RD STREET**<br>**Las Vegas, NV 89101** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**Ignacico Preciado**<br>**Att: Jon Carlston**<br>**1333 North Buffalo Drive Suite 210**<br>**Las Vegas, NV 89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**Irene Ramos**<br>**2143 Montrose Ave #208**<br>**Montrose, CA 91010** | | | **Business Loan** | | | | **350,000.00** |

Sheet no. __**2**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **350,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE Real Estate Development, LLC** _____    Case No. **8:15-bk-10347** _____
                          Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jenny Hernandez**<br>**ATT: JON CARLSTON**<br>**4506 Alpine Place**<br>**Las Vegas, NV  89107** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | unknown |
| ACCOUNT NO.<br>**Jesus Garcia**<br>**Att: Jon Carlston**<br>**1333 North Buffalo Drive Suite 210**<br>**Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Court** | | | X | unknown |
| ACCOUNT NO.<br>**Jose Garcia**<br>**2812 Desert Song Drive**<br>**Las Vegas, NV  89106** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | unknown |
| ACCOUNT NO.<br>**Jose Gonzalez Tinoco**<br>**Att: Jon Carlston**<br>**1333 North Buffalo Drive Suite 210**<br>**Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | unknown |
| ACCOUNT NO.<br>**Jose Hector Ayala**<br>**3419 Garden East Drive**<br>**Las Vegas, NV  89121** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | unknown |
| ACCOUNT NO.<br>**Jose Rivas**<br>**Att: Jon Carlston**<br>**1333 North Buffalo Drive Suite 210**<br>**Las Vegas, NV  89128** | | | **Lawsuit pending, Breach of Contract, Clark County Civil Court** | | | X | unknown |
| ACCOUNT NO.<br>**Juan Francisco Perez- Hernandez Vidalind**<br>**Att; Jon Carlston**<br>**1333 North Buffalo Drive Suite 210**<br>**Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | unknown |

Sheet no. **3** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE Real Estate Development, LLC** _____,    Case No. **8:15-bk-10347** _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Juan Leon, Cecilia Leon**<br>**Att: Jon Carlston**<br>**1333 North Buffalo Drive Suite 210**<br>**Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**Juan Merida Del Valle**<br>**Att: Jon Carlston**<br>**1333 North Buffalo Drive Suite 210**<br>**Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**Juanita Escobar Gairo Garcia**<br>**2066 SEATTLE SHORE STREET**<br>**Las Vegas, NV  89115** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**Maria Lugo**<br>**Att: Jon Carlston**<br>**1333 North Buffalo Drive Suite 210**<br>**Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**Miguel Fuentes**<br>**509 W. COLTON**<br>**Las Vegas, NV  89032** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**Mirelle Lasheras**<br>**3045 S. Archibald Ave., Suite H #326**<br>**Ontario, CA  91761** | | | **Business Loan** | | | | **70,000.00** |
| ACCOUNT NO.<br>**Omar Jiminez**<br>**Att: Jon Carlston**<br>**1333 North Buffalo Drive Suite 210**<br>**Las Vegas, NV  89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |

Sheet no. **4** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **70,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Real Estate Development, LLC** _____ Case No. **8:15-bk-10347**
            Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Romeo Panon, Nellie Pannon**<br>**1615 E. Ogden Ave.**<br>**Las Vegas, NV 89101** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO.<br>**State Of Nevada**<br>**Division Of Mortgage Lending**<br>**1830 College Parkway, Suite 100**<br>**Carson City, NV 89706** | | | **9/14, Fine** | | | | **34,616.00** |
| ACCOUNT NO.<br>**Thelma-Rizo Vasquez**<br>**Att: Jon Carlston**<br>**1333 North Buffalo Drive Suite 210**<br>**Las Vegas, NV 89128** | | | **Pending Lawsuit, Clark County District Civil Court** | | | X | **unknown** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **5** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **34,616.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **524,616.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Real Estate Development, LLC**
_____
Debtor(s)

Case No. **8:15-bk-10347**
_____
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Real Estate Development, LLC**
_____
Debtor(s)

Case No. **8:15-bk-10347**
_____
(If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only