FORM 7007.1-1 (10/07)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                              Case No.   **8:15-bk-10347**
**Real Estate Development, LLC**                                    Chapter    **7**
                          Debtor(s)

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

_____Real Estate Development, LLC_____, a
                          [Name of Corporate Party]

(check one):

☒ Corporate Debtor

☐ Party to an adversary proceeding

☐ Party to a contested matter

☐ Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____
_____

**OR**

☒         There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this **9th** day of **February**, **2015**.

*/s/ Stanley Bowman*_____
Attorney Name, OBA #**75896**
[Address/Telephone/Fax/Email]
**Stanley Bowman**
**700 N. Pacific Coast Hwy., Suite 202A**
**Redondo Beach, CA  90277**
**Phone: (310) 937-2899  Fax:  (310) 937-4440**
**sb@stanleybowman.com**
Attorney for **Real Estate Development, LLC**